## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**ERICA BANKS, individually and on behalf of all others similarly situated**

**VERSUS**

**KOTTEMANN LAW FIRM**

**CIVIL ACTION**

**NO. 19-375-JWD-EWD**

### CONSOLIDATED WITH

**SHELITA KING, et al.**

**VERSUS**

**KOTTEMANN LAW FIRM, et al.**

**CIVIL ACTION**

**NO. 20-340-JWD-EWD**

### 60-DAY ORDER OF DISMISSAL

The Court having been advised that the matter of Shelita King vs. Kottemann Law Firm, et al., **Civil Action No. 20-340,** has been settled, (See the Joint Notice of settlement Doc. 63);

**IT IS ORDERED** that Civil Action 20-340 is hereby **DISMISSED**, without prejudice to the right of either party, upon good cause shown, to reinstate the action within 60 days if the settlement is not consummated.

Counsel states in the Joint Notice of the Settlement (Doc. 63) that Civil Action No. 19-375 is not settled. Therefore, Civil Action No. 19-375 shall remain administratively closed. Should the parties be unsuccessful in resolving this matter, the parties may file a motion to reopen the case.

Signed in Baton Rouge, Louisiana, on <u>November 5, 2021</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**